BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-CV-02828-GEB-EFB |
|---|---|
| Plaintiff, | REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT |
| v. | |
| APPROXIMATELY $14,400.00 IN U.S. CURRENCY, | |
| Defendant. | |

The United States requests that the Court continue the deadline to file a Joint Status Report ("JSR") from February 9, 2015 to April 10, 2015. For the reasons set forth below, there is good cause to continue the deadline to file a JSR.

**Introduction**

On December 3, 2014, the United States filed a civil forfeiture complaint against the above-captioned currency ("defendant currency") based on its alleged involvement in federal drug law violations. All known potential claimants to the defendant property were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority. Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on December 19, 2014 and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. To date, no party has filed a claim or answer in this case.

1          Request and Proposed Order to Extend the
            Deadline to File a Joint Status Report

The United States intends in the near future to obtain a Clerk's default against potential claimant Cliff A. Charpentier.

### Good Cause

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report from February 9, 2015 to April 10, 2015, or to another date the Court deems appropriate.

Dated: 2/2/15

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

### [PROPOSED] ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order:

The pretrial scheduling conference, currently scheduled for February 23, 2015, is rescheduled for May 4, 2015, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

**IT IS SO ORDERED.**

Dated: February 2, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge